PROB 12C
(6/16)

Report Date: February 26, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Feb 26, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

ECF No. 52

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carlos Ramirez, Jr.    Case Number: 0980 1:22CR02072-MKD-1

Last Known Address of Offender: ███████████ Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: January 17, 2023

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:    Prison - 30 months       Type of Supervision: Supervised Release
                      TSR -  36 months

Asst. U.S. Attorney:    Thomas Hanlon       Date Supervision Commenced: December 28, 2023

Defense Attorney:    Craig Webster       Date Supervision Expires: December 27, 2026

---

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on July 8, 2024. A warrant was previously issued by the Court on July 8, 2024.

On January 2, 2024, supervised release conditions were reviewed and signed by Mr. Ramirez, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Ramirez is alleged to have violated his supervised release conditions by being charged with Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), on or about June 27, 2024.

According to the indictment for 1:25-CR-2002-MKD, on or about June 27, 2024, Mr. Ramirez,  knowingly of  his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Glock, model 19X, 9 millimeter handgun bearing serial number BPTE927.

Prob12C

**Re: Ramirez, Jr., Carlos**
**February 26, 2026**
**Page 2**

10            **Standard Condition #3:** You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence:** Mr. Ramirez is alleged to have violated his supervised release conditions by leaving the Eastern District of Washington without permission, on or before February 14, 2026.

On February 14, 2026, Mr. Ramirez was arrested in Southern Mexico, and detained on his federal warrants. On February 16, 2026, the undersigned officer was notified by the U.S. Marshal Service that Mr. Ramirez was located and detained in Southern Mexico.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 26, 2026
_____

s/Maria Balles
_____

Maria Balles
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

m.k.Dimke
_____

Signature of Judicial Officer

February 26, 2026
_____

Date